CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

SEP 2 3 2005

JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES FELTON, | ) | Case No. 7:04cv00737 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |
| | ) | |

In accordance with the Opinion entered on this day, it is hereby ordered

**ORDERED**

that Respondent's motion to dismiss is **GRANTED**. The petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 shall be and hereby is **DENIED**; and, this case shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to all parties.

ENTER: This 23rd day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge